# Exhibit A4 – Notice of Order to Show Cause

| SUPERIOR COURT OF CALIFORNIA | RESERVED FOR CLERK FILE STAMP |
|---|---|
| COUNTY OF LOS ANGELES | **FILED** |
| North Central District<br>600 East Broadway<br>Glendale, CA 91206 | LOS ANGELES SUPERIOR COURT<br>OCT 02 2017<br>Sherri R. Carter, Executive Officer/Clerk<br>By_____ Deputy<br>C. LUNA |

# NOTICE OF ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH TRIAL COURT DELAY REDUCTION ACT

CASE NUMBER: **EC 067334**

**TO THE PLAINTIFF(S) AND/OR THEIR ATTORNEY(S) OF RECORD:**

Pursuant to California Rules of Court, Rule 3.110, all complaints shall be served and a proof of service thereof shall be filed within 60 days of the date the complaint is filed, unless the defendant makes an appearance within that 60 days. Plaintiff's failure to meet this deadline may result in sanctions.

**PLEASE TAKE NOTE** that this matter is set for an Order to Show Cause why the plaintiff should not be sanctioned for failure to comply with the rules described above on:

Date: **DEC 18 2017**    Time: **8:30 am**    Dept.: GLENDALE NC — **D** / E
Address: 600 EAST BROADWAY, GLENDALE, CA 91206

At such time and place, the Court may (1) impose such sanctions as are authorized by law, including dismissal for failure to prosecute (Code of Civil Procedure Section 583.150 and Government Code Section 68608(b)) and (2) make further appropriate orders regarding the preparation of the case for trial.

**PLEASE TAKE FURTHER NOTICE** that no appearance is necessary at the hearing set forth above if there is (1) a proof of service filed and/or (2) an appearance in the action (i.e. by answer, demurrer, or motion contesting jurisdiction) by each named defendant BEFORE the date set for hearing. Plaintiff's appearance is MANDATORY, however, if any named defendants remain unserved at the date set for the hearing.

Date: **OCT 02 2017**

_____
Judge of the Superior Court
DARRELL MAVIS

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the NOTICE OF ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH TRIAL COURT DELAY REDUCTION ACT upon each party or counsel named below:

☐ By depositing in the United States mail at the courthouse in Burbank, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☒ By personally giving the party a copy of this notice upon filing of the complaint.

|  |  |
|---|---|
|  |  |

Date: **OCT 02 2017**       SHERRI R. CARTER, Executive Officer / Clerk
By: ___H. Hankins___, Deputy Clerk
H. HANKINS

NOTICE OF ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH TRIAL COURT DELAY REDUCTION ACT

Opt-Out: Not Defined