1   Mark C. Tatum, SBN 295457
    Sean B. Cooney, SBN 286397
2   SHOOK, HARDY & BACON L.L.P.
    Jamboree Center
3   5 Park Plaza, Suite 1600
    Irvine, California 92614-2546
4   Telephone:   (949) 475-1500
    Facsimile:   (949) 475-0016
5
6   Attorneys for Defendant
    Sprint Communications Company, L.P.
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10
11  PERLA MAGENO,                          Case No. 2:17-cv-08102-ODW-SK
12              Plaintiff,                  Stipulation to Extend Time to
                                           Respond to Initial Complaint By Not
13       v.                                More Than 30 Days (L.R. 8-3)
14  SPRINT COMMUNICATIONS                  Complaint Filed: Oct. 6, 2017
    COMPANY, L.P., a Delaware limited      Removal Date: Nov. 6, 2017
15  partnership, and DOES 1-20,            Response Date: Nov. 13, 2017
                                           New Response Date: Nov. 27, 2017
16              Defendants.
17
18
19
20          Plaintiff Perla Mageno ("Plaintiff") and Defendant Sprint Communications
21  Company, L.P. ("Defendant") hereby stipulate that:
22          1.    Plaintiff filed her Complaint in the Superior Court for the County of Los
23  Angeles on October 2, 2017.  Plaintiff served her complaint on October 6, 2017.
24          2.    Defendant timely removed this action to this Court on November 6,
25  2017.
26          3.    The current deadline for Defendant to respond to the Complaint is
27  November 13, 2017.
28          4.    Defendant's new deadline to respond to the complaint shall be November

453962 v1

1  27, 2017, which is not more than 30 days from the original response deadline.

2

3  November 10, 2017                          SHOOK, HARDY & BACON L.L.P.

4

5                                             By: /s/ Sean B. Cooney
                                                  Mark Tatum
6                                                 Sean B. Cooney
                                                  Attorneys for Defendant
7                                                 SPRINT COMMUNICATIONS
                                                  COMPANY, L.P.
8

9  November 10, 2017                          MANNING LAW APC

10

11                                            By: /s/ Michael J. Manning
                                                  Joseph R. Manning, Jr.
12                                                Michael J. Manning
                                                  Tristan P. Jankowski
13                                                Attorneys for Plaintiff
                                                  PERLA MAGENO.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

453962 v1